PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 005254
EGLET WALL CHRISTIANSEN
400 South Fourth Street, Suite 600
Las Vegas, Nevada 89101
Ph.: (702) 450-5400
Fx.: (702) 450-5451
*Attorney for Defendant Quassani*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00409-LRH-CWH |
| Plaintiff, | |
| vs. | **ORDER REGARDING CONSENT TO REPLACE COUNSEL OF RECORD** |
| JAWAD "JOE" QUASSANI, | |
| Defendant. | |

The Court, having reviewed the Consent of Joe Quassani, attached hereto as Exhibit "A," hereby approves and appoints C.J.A. Counsel, Richard E. Tanasi, Esq., as trial counsel for Joe Quassani, in U.S. v. Quassani in place of Peter S. Christiansen, Esq.

IT IS SO ORDERED
DATED this 3rd day of July, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

EXHIBIT A

EXHIBIT "A"

**Consent of Joe Quassani**

By signing below, I knowingly and voluntarily consent to Richard E. Tanasi, Esq. representing me at my trial in U.S. v. Quassani in place of Peter S. Christiansen, Esq. Richard E. Tanasi, Esq. has been working on my case, is a C.J.A. panel attorney, and is an associate with Peter S. Christiansen, Esq.

*/s/ Joe Quassani*
Joe Quassani

7/2/13
Dated